570 A.2d 982
STATE OF NEW JERSEY v. HANIF ABDURRAHIM, A/K/A
SAMUEL SAUZERSETTE.

December 5, 1989.

Petition for certification denied.

570 A.2d 982
STATE OF NEW JERSEY v. STEPHEN HRIVNAK.

December 5, 1989.

Petition for certification denied.

570 A.2d 982
STATE OF NEW JERSEY v. AUTHORIZED FOREIGN CAR
SPECIALISTS OF WESTFIELD, INC., ETC. v. THE
ZONING BOARD OF ADJUSTMENT FOR THE
BOROUGH OF MOUNTAINSIDE.

December 5, 1989.

Petition for certification denied.

570 A.2d 982
DELORES DEICKMANN AND RICHARD DEICKMANN v. BORO
BUSSES COMPANY AND EUGENE COSENTINO.

December 5, 1989.

Petition for certification denied.